The application is denied. There appears no error of law in the judgment complained of.

■

203 So.2d 559

**Succession of Harry BODENGER.**

**No. 48935.**

Nov. 10, 1967.

The application is denied. Since applicant may have the question presented here reviewed on appeal in the event of an adverse judgment he suffers no irreparable injury.

■

203 So.2d 559

**Kinard B. BLOCKER**

**v.**

**Lulu MIZELL.**

**No. 48937.**

Nov. 10, 1967.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

■

203 So.2d 559

**Jerome S. GLAZER**

**v.**

**William ABROMS and Abroms & Co., Inc.**

**No. 48939.**

Nov. 10, 1967.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.